IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR ANGEL ZAYAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al. | : | NO. 14-3138 |

FILED
JUL 1 6 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 16th day of July, 2014, upon consideration of petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241(a) (Doc. 1), the Response to Petition for Writ of Habeas Corpus (Doc. 7), the record in this case, and the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Thomas J. Rueter is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state remedies; and

3. A certificate of appealability will not issue because reasonable jurists would not debate this court's procedural ruling as required under 28 U.S.C. § 2253(c)(2). See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

BY THE COURT:

_____
C. DARNELL JONES, II.      J.